UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60227-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA

       Plaintiff,

v.

CLIFFORD CARROLL,
TODD STEPHENS,
TIM CLINTON,
MICHAEL KENNA,
JOEL MCDERMOTT,
TODD HANSON,
CHRISTOPHER MUCHA,
IAN FLASTER,
KYLE O'BRIEN,
RHETT GORDON,
WILLIAM EARL,
LISA GOLDBERG,
FREDERICK THOMAS GIAMPA,
PETER WILLIAMS,
JOHN JOHNSON, and
BRETT NADEL,

       Defendants.
_____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE:** NuGolf Properties, LLC

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANTS AND/OR GRANTEE any interest in the real property described herein under.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. §48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on September 1, 2016, an Information was filed in the Southern District of Florida, Ft. Lauderdale Division, charging the above defendants, and others known and unknown with violations of 18 U.S.C. §§ 1962(d), and

1

1956(h), etc. The Information also included forfeiture allegations pursuant to 18, U.S.C. §§ 1963 and 982(a)(1), etc., against certain property, including real property located at 4800 N. Federal Highway, Suite A-300, Boca Raton, Florida 33431; with all improvements, fixtures, and equipment found therein or thereon, and more particularly described as:

Units A3022, A3023, A3024, A3030, A3031, A3032, A3033, A3039, A3040, A3041, A3042, A3043, A3044 and A3045, SANCTUARY CENTRE, a Condominium, according to the Declaration of Condominium thereof, as recorded October 3, 2005, Official Records Book 19379, Page 534, and Public Records of Palm Beach County, Florida.

FURTHER NOTICE IS HEREBY GIVEN that the applicable provisions of 18 U.S.C. §1963(i) and 21, U.S.C.§853(k), prohibit any party claiming an interest in the above-described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the filing of the information, except as provided by the provisions of 21 U.S.C. § 853(n) and 18 U.S.C.§1963(l)(1).

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

    s/William H. Beckerleg, Jr.
    WILLIAM H. BECKERLEG, JR.
    ASSISTANT U.S. ATTORNEY
    Bar No. A5500074
    500 E. Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33394
    Tel: (954) 660-5774
    FAX: (954) 356-7180
    Bar No. A5500074