AO 455 (Rev. 01/09) Waiver of an Indictment

FILED by _____ D.C.

SEP - 8 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | Case No. 16 - 60227 CR - Hurly |
| v. | ) | |
| CLIFFORD CARROLL, | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9-8-16

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jack Goldberg
*Printed name of defendant's attorney*

_____
*Judge's signature*

DAVE LEE BRANNON
United States Magistrate Judge
*Judge's printed name and title*