

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA     CASE # 16-60227-CR-HURLEY

VS

**CLIFFORD CARROLL**     PRISONER # 13905-104

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: 09/08/2016  0830

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: T18 USC 1962, T26, USC 7206(1)

4) U.S. CITIZEN ☑ YES ☐ NO ☐ UNKNOWN

5) DATE OF BIRTH: 1980

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   ☑ INDICTMENT
   ☐ COMPLAINT TO BE FILED/ALREADY FILED
   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: Southern District of Florida

   COPY OF WARRANT LEFT WITH BOOKING OFFICER ☐ YES ☑ NO

7) AMOUNT OF BOND: _____ WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: Taryn Guariglia    DATE: 09/08/2016

9) AGENCY: IRS-CI    PHONE: 954-214-5678